| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:13CR50029-002 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00242-CDS-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DANIEL VELAZQUEZ-GRACILIANO | Western District of Arkansas | Fayetteville |
| | NAME OF SENTENCING JUDGE | |
| | Timothy L. Brooks | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/09/2023 — TO 01/08/2026 |

*[Stamp: FILED ✓ / ENTERED / RECEIVED / SERVED ON — AUG 13 2025 — CLERK, U.S. DISTRICT COURT, DISTRICT OF NEVADA — BY: AMMi DEPUTY]*

**OFFENSE**
Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Velazquez-Graciliano resides in Nevada and has no intention of returing to the Western District of Arkansas.

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Arkansas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Arkansas   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 7, 2025
*Date*

*[Signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 14, 2025
*Effective Date*

*[Signature]*
*United States District Judge*